# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TAMARCUS JEFFERSON                                                                PLAINTIFF

v.                                      4:17CV00647-KGB-JTK

PEP GLEN                                                                          DEFENDANT

## ORDER

The Court finds that the interests of justice are best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendant is located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Texarkana Division, United States Courthouse and Post Office, 500 North State Line Ave., Room 302, Texarkana, AR 71854-5961.

IT IS SO ORDERED this 11th day of October, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.